UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:   1:21-cv-23152

MAYDELIN PINEDA *et al.*,

    Plaintiffs,

vs.

CARRIE ANDREA THOMPSON and
UNITED STATES POSTAL SERVICE,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, by and through the undersigned Assistant U.S. Attorney, file this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1) and 2679, and in support thereof, states as follows:[1]

1.   On or about July 27, 2021, Plaintiffs commenced this suit in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, styled *Pineda et al. v. Thompson et al.*, Case No. 2021-018003-CA-01 (the "State Court Case").

2.   In their Complaint, a copy of which is attached as **Exhibit A**, Plaintiffs assert a claim for negligence against Defendants under the Federal Tort Claims Act, 28 U.S.C. § 2671 *et seq*.

---

[1] Defendants dispute that either is a proper party-defendant to this action or that this Court possesses subject matter jurisdiction over this case. Defendants reserve the right to raise all applicable jurisdictional arguments.

3. Specifically, Plaintiffs have named as parties-defendant the United States Postal Service (USPS), an agency of the United States of America, and USPS employee Carrie A. Thompson, who Plaintiffs allege was acting "within the course and scope of her employment with USPS" when the alleged motor vehicle accident occurred. Complaint, ¶ 9.

4. 28 U.S.C. § 1442(a) provides that:

> A civil action or criminal prosecution commenced in a State court against any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending:
>
> (1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, sued in an official or individual capacity for any act under color of such office...

5. Because Plaintiffs has named as parties-defendant an agency of the United States and an officer of the United States acting within the course and scope of her employment, the United States Attorney removes this cause of action under 28 U.S.C. § 1442(a)(1).

6. In addition, 28 U.S.C. § 2679(d)(2) provides in pertinent part that, "[u]pon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a State court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States for the district and division embracing the place in which the action or proceeding is pending."

7. Pursuant to 28 U.S.C. § 2679(d)(2), on February 19, 2021, Acting United States Attorney Juan Antonio Gonzalez executed a certification that USPS employee Carrie A.

Thompson was acting in the scope of her employment on March 1, 2020, when the alleged auto accident occurred. *See* **Exhibit B**.[2]

8. By removing this action, Defendants do not waive any of the defenses available to them under Fed. R. Civ. P. 12.

## Conclusion

Under the foregoing authorities, Defendants remove the State Court Case to the United States District Court for the Southern District of Florida.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: *Zakarij N. Laux*
ZAKARIJ N. LAUX
Assistant United States Attorney
Fla. Bar No. 93784
Email: zakarij.laux@usdoj.gov
United States Attorney's Office
99 NE 4th Street, Third Floor
Miami, Florida 33132
Tel: (305) 961-9053

---

[2] The Attorney General of the United States has delegated authority to United States Attorneys to make the scope certifications contemplated by 28 U.S.C. § 2679(d)(1) and (2). *See* 28 C.F.R. § 15.4(a) and (b).

## CERTIFICATE OF SERVICE

I CERTIFY that on August 31, 2021, I electronically filed the foregoing via CM/ECF and provided a true and correct copy via email to:

The Founders Law
Nicholas DeMahy, Esq.
Email: ndemahy@thefounderslaw.com
robert@thefounderslaw.com
maria@thefounderslaw.com

                                            *Zakarij N. Laux*