IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION

CASE NO.: 2021-018003 CA 01

MAYDELIN PINEDA; and
Maydel Talabera as personal
representative for Y.P., a minor,

        Plaintiffs,

vs.                                    **S U M M O N S**

CARRIE ANDREA THOMPSON; and
UNITED STATES POSTAL SERVICE,

        Defendants.

THE STATE OF FLORIDA:
To Each Sheriff of the State:

You ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant(s):

### UNITED STATES POSTAL SERVICE
### BY SERVING: ARIANA FAJARDO OSHAN
### UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF FLORIDA
### 99 NE 4th STREET, MIAMI, FLORIDA 33132
### ATTN: CIVIL PROCESS CLERK

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's Attorney:

### THE FOUNDERS LAW, P.A.
### 5881 NW 151ST STREET, SUITE 125, MIAMI LAKES, FLORIDA 33014
### Service emails: Robert@TheFoundersLaw.com and Maria@TheFoundersLaw.com

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

IMPORTANTE

        Usted ha sido demandado legalmente.  Tiene 20 dias contados a partir del recibo de esta notificacion para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero de caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

        Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona demoninada abajo como "Plaintiff/Plaintiff Attorney"(Demandante o Abogado del Demandante).

| Harvey Ruvin,<br>Clerk of Courts<br>**CLERK OF COURTS** | BY: _____217043_____<br>**DEPUTY CLERK** | | **DATE**<br><br>7/30/2021 |

IN THE CIRCUIT COURT OF THE **11th**
JUDICIAL CIRCUIT IN AND FOR
**MIAMI-DADE COUNTY**, FLORIDA

CIVIL DIVISION

CASE NO.

MAYDELIN PINEDA; and
Maydel Talabera as personal representative for
Y.P. (a minor)

       Plaintiff,

vs.

CARRIE ANDREA THOMPSON; and
UNITED STATES POSTAL SERVICE.

       Defendants.

_____/

## COMPLAINT FOR DAMAGES

Plaintiffs, MAYDELIN PINEDA TALABERA and YANIA PINEDA, sue Defendants,

CARRIE ANDREA THOMPSON; and UNITED STATES POSTAL SERVICE ("USPS"), and

allege:

## JURISDICTION AND VENUE

1.    This is an action for damages that exceed THIRTY THOUSAND DOLLARS

($30,000.00) exclusive of costs.

2.    Venue is proper in Miami-Dade County where the incident giving rise to this lawsuit

occurred.

3.    Plaintiffs filed a claim (the "Claim") with USPS pursuant to the Federal Tort Claims

Act (FTCA) on December 7, 2020.

Case No.:
Page 2 of 4

4.      As of the date of the filing of this Complaint, USPS has failed to make a final disposition of the Claim.

**PARTIES**

5.      Defendant, UNITED STATES POSTAL SERVICE ("USPS"), is an independent establishment of the executive branch of the Government of the United States.

6.      Defendant, CARRIE ANDREA THOMPSON ("THOMPSON") is, and was, at all times material hereto, an employee of USPS.

7.      Plaintiffs, MAYDELIN PINEDA TALABERA; and YANIA PINEDA, is, and was at all times material hereto a resident of Miami-Dade County and was involved in a motor vehicle collision in Miami-Dade County with the above-mentioned Defendants and are otherwise *sui juris*.

**ALLEGATIONS COMMON TO ALL COUNTS**

8.      On March 1, 2020, Plaintiffs were driving northbound on NW 42nd Ave., at NW 183rd Street when their car was struck from behind by a vehicle that was pushed into their car by the USPS van (the "Van") being driven by Defendant, Carrie Andrea Thompson.

9.      Thompson was within the course and scope of her employment with USPS when the van she was driving struck a vehicle and pushed it into the vehicle occupied by Plaintiffs.

10.     As a result of Defendants' actions, or negligence, Plaintiffs suffered damages to their person and property.

**COUNT I: NEGLIGENCE V. CARRIE ANDREA THOMPSON**

Plaintiff re-alleges and incorporates herein paragraphs 1-8, and further alleges:

11.     On March 1, 2020, Thompson was driving the Van pursuant to her duties as a USPS employee when she caused an accident that involved Plaintiffs' vehicle.

Case No.:
Page 3 of 4

12.     Thompson owed Plaintiff a duty of care to operate her vehicle in a safe and reasonable manner, and to comply with Florida Traffic Laws.

13.     Thompson breached that duty when she:

       a.   Operated her vehicle in a careless or negligent manner.

       b.   Struck a vehicle from behind, which was then pushed into Plaintiffs' vehicle.

14.     Thompson's failure to operate her Van in a safe and reasonable manner was the direct and proximate cause of the collision.

15.     As a result of Defendant, Thompsons's negligence, Plaintiffs suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are permanent and continuing and Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiffs, demand judgment for compensatory damages against Defendant Thompson, together with costs allowed by law, pre and post judgment interest, and demands trial by jury on all issues so triable.

## COUNT II:
## VICARIOUS LIABILITY FOR NEGLIGENCE V. USPS

Plaintiff re-alleges and incorporates herein paragraphs 1-8, and further alleges:

16.     On March 1, 2020, Thompson was driving the Van pursuant to her duties as a USPS employee when she caused an accident that involved Plaintiffs' vehicle.

17.     Thompson owed Plaintiff a duty of care to operate her vehicle in a safe and reasonable manner, and to comply with Florida Traffic Laws.

18.     Thompson breached that duty when she:

Case No.:
Page 4 of 4

    c.  Operated her vehicle in a careless or negligent manner.

    d.  Struck a vehicle from behind, which was then pushed into Plaintiffs' vehicle.

19.    Thompson's failure to operate her Van in a safe and reasonable manner was the direct and proximate cause of the collision.

20.    As a result of Defendant, Thompsons's negligence, Plaintiffs suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are permanent and continuing and Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff, demands judgment for compensatory damages against Defendant USPS, together with costs allowed by law, pre and post judgment interest, and demands trial by jury on all issues so triable.

The Founders Law
Attorneys for Plaintiff
5881 NW 151st St.
Ste. 125
Miami Lakes, Florida 33014
Tel: (866) 822-6783
Email: ndemahy@thefounderslaw.com
robert@thefounderslaw.com
maria@thefounderslaw.com

By: /S/ NICHOLAS DEMAHY
    NICHOLAS A. DEMAHY
    Florida Bar No. 123790